IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00574-BNB

CHARLIE JAMES GRIFFIN, JR.,

    Plaintiff,

v.

MR. A. W. ZAVARAS, Executive Director,
MR. JOE ORTIZ, Director of Correction, et al.,
MR. JAMES ABBOTT, Warden of C.T.C.F.,
MR. JOHN SUTHERS, Attorney General,
MR. ALLEN F. STANLEY, Chairman,
MR. CURTIS W. DEVIN, Vice Chairman,
MRS. DEBORAH C. ALLEN,
MR. MATTHEW J. RHODES,
MR. JOHN B. ROSEN, and
MRS. SHARON BARTLETT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -3 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Charlie James Griffin, Jr., initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights have been violated. Despite his use of the Court's Prisoner Complaint form, it does not appear that Mr. Griffin is in custody.

The Court must construe the Prisoner Complaint liberally because Mr. Griffin is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the Prisoner Complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his

confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be an advocate for a *pro se* litigant. *See id.* For the reasons stated below, the Prisoner Complaint and the action will be dismissed.

Mr. Griffin claims that his rights under the United States Constitution were violated when he was falsely imprisoned on an outrageous sentence following a state court criminal conviction in 1998. He also claims that the state parole board violated his constitutional rights in connection with the term of parole he served following his prison sentence. As relief Mr. Griffin seeks damages and expungement of the criminal conviction from his record.

Mr. Griffin's amended complaint in this action appears to be identical to the complaint he filed in a prior lawsuit against the same Defendants. *See Griffin v. Zavaras*, No. 08-cv-02597-ZLW (D. Colo. Feb. 5, 2009). The Court dismissed 08-cv-02597-ZLW as frivolous and malicious because the complaint Mr. Griffin filed in that action was repetitive of another lawsuit in this Court. *See Griffin v. Ortiz*, No. 07-cv-00179-MSK-MJW (D. Colo. July 11, 2007), *aff'd*, No. 08-1008 (10th Cir. July 8, 2008), *cert. denied*, 129 S. Ct. 505 (2008). The Honorable Marcia S. Krieger entered an order in 07-cv-00179-MSK-MJW granting Defendants' motions for summary judgment on Mr. Griffin's claims.

Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam).

Furthermore, the Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. *See Duhart v. Carlson*, 469 F.2d 471, 473 (10th Cir. 1972). The Court has done so and finds that the claims Mr. Griffin is raising in the instant action are repetitive of the claims he raised in both 08-cv-02597-ZLW and 07-cv-00179-MSK-MJW. The Court also finds that Mr. Griffin's claims were addressed and dismissed on the merits in 07-cv-00179-MSK-MJW.

For these reasons, the Court again finds that Mr. Griffin's claims are frivolous and malicious and that the instant action must be dismissed. Mr. Griffin is warned that the Court can impose sanctions if he persists in filing repetitive complaints. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed as frivolous and malicious.

DATED at Denver, Colorado, this 3 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00574-BNB

Charlie James Griffin, Jr.
Prisoner No. 99115
PO Box 17454
Colorado Springs, CO 80935

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/3/09

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk