IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00574-ZLW

CHARLIE JAMES GRIFFIN, JR.,

        Plaintiff,

v.

A.W. ZAVARAS, Executive Director,
JOE ORTIZ, Direction of Correction, et al,
JAMES ABBOTT, Warden of C.T.C.F.,
JOHN SUTHERS, Attorney General,
ALLEN F. STANLEY, Chairman,
CURTIS W. DEVIN, Vice Chairman,
DEBORAH C. ALLEN,
MATTHEW J. RHODES,
JOHN B. ROSEN, and
SHARON BARTLETT,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

Plaintiff submitted a Misdirected Notice of Appeal on April 15, 2009. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X   is not submitted
     ___   is not on proper form (must use the court's current form)
     ___   is missing original signature by plaintiff/petitioner on motion
     ___   is missing affidavit

    __    affidavit is incomplete
    __    is missing original signature by plaintiff/petitioner on affidavit
    __    affidavit is not notarized or is not properly notarized
    __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 23rd day of April, 2009.

BY THE COURT:

_Zita L. Weinshienk_
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court